1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        Email:  chris.kaltsas2@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. CR 21-0116 CRB
14                                      )
            Plaintiff,                  )  RECORDED NOTICE OF PENDENCY OF
15                                      )  ACTION (LIS PENDENS) AS TO REAL
        v.                              )  PROPERTY AND IMPROVEMENTS LOCATED
16                                      )  AT 465 OCEAN DRIVE, UNIT 316, MIAMI
   ZACHARY SCHULZ APTE,                 )  BEACH, FL 33139 (APN 02-42-03-097-0290)
17       a/k/a ZACHARY APTE,            )
         a/k/a ZAC APTE,                )
18                                      )
            AND                         )
19                                      )
   JESSICA SUNSHINE RICHMAN,            )
20       a/k/a/ JESSICA RICHMAN,        )
                                        )
21          Defendants.                 )
                                        )
22 _____)

23
         The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real
24
   Property and Improvements located at 465 Ocean Drive, Unit 316, Miami Beach, FL 33139 (APN 02-
25
   42-03-097-0290).
26

27

28 Recorded Notice of Lis Pendens
   CR 21-0116 CRB
                                              1

| | | |
|---|---|---|
| 1 | DATED: 04/23/2021 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | Acting United States Attorney |
| 4 | | |
| 5 | | */S/ Chris Kaltsas* |
| | | CHRIS KALTSAS |
| 6 | | Assistant United States Attorney |

Recorded Notice of Lis Pendens
CR 21-0116 CRB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 465 Ocean Drive, Unit 316, Miami Beach, FL 33139

to be served this date via certified mail delivery and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

W. Douglas Sprague
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Attorney for Zachary Apte

Joel M. Hammerman
311 S. Wacker Drive, Suite 4300
Chicago, Illinois 60606
Attorney for Jessica Richman

Brian D Smith, Esq, CPA
420 Lincoln Rd Ste 248
Miami Beach, FL 33139-3031

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of April, 2021, at San Francisco, California

Irene Zhu
FSA Paralegal
United States Attorneys' Office

Recorded Notice of Lis Pendens
CR 21-0116 CRB

3